'such weight as [their] merit commands and the sound discretion of the judge warrants.' ") (quoting *Mathews v. Weber*, 23 U.S. 261, 275 (1976)).  Having reviewed the record, the Court agrees with the Magistrate Judge that the record shows that the correct legal standards were applied and that substantial evidence supports the Social Security Administration's determination that Plaintiff is not disabled.  It is accordingly

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 12) is **ADOPTED** as the opinion of the Court.  It is further

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **AFFIRMED**.  It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 25th day of February, 2022.**

```
                                    ROBERT W. SCHROEDER III
                                    UNITED STATES DISTRICT JUDGE
```